IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLIS TRICE,
ADC #144462                                                        PLAINTIFF

v.                            No. 4:11-cv-622-DPM

DONALD EVERSOLE, Detective,
Van Buren Sheriff's Department;
PATTI BONEWELL, Detective,
Van Buren Sheriff's Department;
CRAWFORD COUNTY; and
PULASKI COUNTY POLICE DEPARTMENT                DEFENDANTS

JUDGMENT

Trice's Complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2011